UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUTHER LOPEZ,<br><br>                    Plaintiff,<br><br>           -against-<br><br>TRANSUNION, LLC; EXPERIAN;<br>CHEXSYSTEM, INC.,<br><br>                    Defendants. | 24-CV-3681 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. On November 15, 2024, the court received from Plaintiff a notice seeking voluntary dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.[1] (ECF 9.) The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 21, 2024
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge

---

[1] In his notice, Plaintiff also seeks voluntary dismissal of another action of his in this court pending before Judge Edgardo Ramos. *See Lopez v. TransUnion*, ECF 1:24-CV-7948, 11 (S.D.N.Y.). That action was originally filed by Plaintiff in the Supreme Court of the State of New York, Dutchess County, and was removed to this court by Defendant TransUnion. By Memo Endorsement dated November 20, 2024, Judge Ramos directed the defendants in that action to respond to Plaintiff's request for voluntary dismissal. ECF 1:24-CV-7948, 12.